# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BOBBY J. PORTER & DENISE A. BRANDEBURY-PORTER         Case Number: 06-70231
12960 IL RTE 26N                                SSN-xxx-xx-4581 & xxx-xx-5169
ORANGEVILLE, IL  61060

                                                            Case filed on:      2/23/2006
                                                            Plan Confirmed on:  5/15/2006
                                    D Dismissed

Total funds received and disbursed pursuant to the plan: $17,408.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 159.00 | 159.00 | 159.00 | 0.00 |
|  | Total Administration | 159.00 | 159.00 | 159.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | ATTORNEY DAVID M. OLSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | OPTION ONE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 3,173.43 | 3,173.43 | 2,487.13 | 156.12 |
| 025 | JEANETTE MORRISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ILLINOIS DEPT OF HEALTHCARE | 5,623.72 | 5,623.72 | 4,407.52 | 276.70 |
| 027 | JEANETTE MORRISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 8,797.15 | 8,797.15 | 6,894.65 | 432.82 |
| 999 | BOBBY J. PORTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MARGARET DUBOVIK | 24,726.62 | 480.25 | 480.25 | 0.00 |
| 004 | OPTION ONE MORTGAGE CORPORATION | 10,105.95 | 2,923.56 | 2,923.56 | 0.00 |
| 005 | STEPHENSON COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | UNION SAVINGS BANK | 9,300.00 | 9,300.00 | 3,410.00 | 0.00 |
| 023 | BELVIDERE MINI STORAGE | 636.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 44,768.57 | 12,703.81 | 6,813.81 | 0.00 |
| 006 | UNION SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 236.30 | 236.30 | 0.00 | 0.00 |
| 010 | UNITED CREDIT SERVICE INC | 135.00 | 135.00 | 0.00 | 0.00 |
| 011 | ALLIED BUSINESS ACCOUNTS INC | 295.90 | 295.90 | 0.00 | 0.00 |
| 012 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | KMK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ACCOUNT RECOVERY SERVICES INC | 126.00 | 126.00 | 0.00 | 0.00 |
| 018 | PEDIATRIC CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROBERT PHILPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SWEDISH AEMRICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 1,420.29 | 1,420.29 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 3,189.74 | 3,189.74 | 0.00 | 0.00 |
| 029 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,403.23 | 5,403.23 | 0.00 | 0.00 |
|  | Grand Total: | 61,327.95 | 29,263.19 | 16,067.46 | 432.82 |

Total Paid Claimant:     $16,500.28
Trustee Allowance:       $907.72         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00            discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                         _/s/ Lydia S. Meyer_____
                                         Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan